```
                                    JS - 6
                            ┌─────────────────────────┐
                            │         FILED           │
                            │ CLERK, U.S. DISTRICT COURT │
                            │                         │
                            │      JUL 5, 2018        │
                            │                         │
                            │ CENTRAL DISTRICT OF CALIFORNIA │
                            │ BY:    BH      DEPUTY   │
                            └─────────────────────────┘
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>WALTER KLINK, JR.<br><br>Defendant/Movant. | Case No. ED 18-cv-00913 VAP<br>      [ED 16-cr-00026 VAP]<br><br>**JUDGMENT**<br><br>**[Motion filed April 30, 2018]** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: July 5, 2018

                                        *Virginia A. Phillips*
                                        VIRGINIA A. PHILLIPS
                                   Chief United States District Judge